UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-0027-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF STATE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

The Court dismissed this action on June 20, 2011. [Record No. 8] Since that time, the plaintiff has continued to submit various pleadings and other documents for filing. On this date, the Clerk of the Court docketed a motion captioned "Motion for Relief from Judgment or Order Under Twenty-Fourth Amendment; and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote In All Federal Elections and Caucuses and Democratic National Convention; and for Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate." [Record No. 15]  A cursory review of this document indicates that it is yet another frivolous filing from the plaintiff.  However, inasmuch as the Court dismissed this action over one year ago and the plaintiff has not shown any legitimate basis to reopen the civil action or for the Court to reconsider any prior ruling, it is hereby

**ORDERED** that all relief requested in the plaintiff's recent pleading [Record No. 15] is **DENIED**.

Case: 3:11-cv-00027-DCR  Doc #: 16  Filed: 08/03/12  Page: 2 of 2 - Page ID#: 57

This 3rd day of August, 2012.



-2-